UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| MARCIA MICHELE ROBBINS and SHANNON FORD,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL HEALTH CORPORATION,<br><br>Defendant. | No. 2:17-cv-00050<br>[Chief Judge Crenshaw/<br>Magistrate Judge Newbern] |

## ORDER APPROVING SETTLEMENT

Before the Court is the Plaintiffs' Unopposed Motion for Approval of Settlement. For good cause shown, the Motion is GRANTED. Specifically, the Court ORDERS as follows:

1. The Court hereby APPROVES the proposed settlement as set forth in the parties' Settlement Agreement (the "Settlement Agreement"), subject to the conditions stated in this Order.

2. The Court finds that the proposed settlement agreement represents a fair and reasonable compromise of contested litigation involving *bona fide* disputes between the parties.

3. Plaintiffs and Defendant shall administer the settlement pursuant to the timeline set forth in the Settlement Agreement.

4. The Court finds fair and reasonable the agreed upon allocations set forth in the Settlement Agreement.

1

5. Without affecting the finality of this Order and Final Judgment in any way, the Court retains continuing jurisdiction over this Action for the purpose of enforcing the settlement.

6. This case is hereby DISMISSED WITH PREJUDICE.

It is so ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 2:17-cv-00050   Document 20   Filed 04/18/18   Page 2 of 2 PageID #: 73